IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA DENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>　　　　　Defendant. | Case No. 16-cv-06721-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On November 23, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of her Complaint, filed November 21, 2016.

**IT IS SO ORDERED.**

Dated: December 2, 2016

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge